IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CODY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>USS-POSCO INDUSTRIES, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 12-00553 SI<br><br>**ORDER OF REFERRAL** |

On December 13, 2012, the parties jointly filed a letter to the Court requesting that it resolve a discovery dispute regarding 41 amended subpoenas. Docket No 26. Pursuant to Northern District Civil Local Rule 72-1, this matter, and all further discovery disputes in this matter, is HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy at 415-522-2028.

**IT IS SO ORDERED.**

Dated: December 20, 2012

　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge