UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CARL CORDY, on his own behalf individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> USS-POSCO INDUSTRIES, et al., <br><br> Defendants. | No. C 12-00553 SI (LB) <br><br> **NOTICE OF REFERRAL AND ORDER REGARDING DISCOVERY PROCEDURES** <br><br> [Re: ECF Nos. 26, 27] |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred the parties' December 13, 2012 joint discovery dispute letter, and all further discovery disputes in this action, to United States Magistrate Judge Laurel Beeler for resolution. After reviewing the December 13, 2012 joint letter brief, the court will determine whether further proceedings are necessary, including any further briefing or argument. For all future discovery disputes, the parties must comply with the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure, and Judge Beeler's standing order, which is attached, including the meet-and-confer procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Date: December 21, 2012

_____
LAUREL BEELER
United States Magistrate Judge

NOTICE OF REFERRAL AND ORDER
C 12-00553 SI (LB)