UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CORDY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>USS-POSCO INDUSTRIES, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-00553-JST<br><br>**ORDER TO SHOW CAUSE WHY PARTIES SHOULD NOT BE SANCTIONED FOR FAILING TO COMPLY WITH COURT ORDER**<br><br>Re: ECF No. 43 |

On May 20, 2013, the parties in this case notified the Court that they had negotiated a settlement of this matter, and anticipated filing "preliminary approval papers" by June 7, 2013. ECF No. 42. On May 21, the Court ordered the parties to file by July 5, 2013, a stipulation of dismissal or a statement explaining why they could not file such a stipulation. ECF No. 43. As of the date of this Order, the parties have not complied with the Court's May 21 order. Accordingly, by July 18, 2013, each of the parties shall show cause, in writing, why that party should not be sanctioned for failing to comply with a court order. See Miranda v. S. Pac. Transp. Co., 710 F.2d 516, 521 (9th Cir. 1983) (discussing the types of sanctions that a district court may impose on a noncomplying party). A hearing on this matter will be held on July 25, 2013.

**IT IS SO ORDERED**.

Dated: July 8, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge