UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CORDY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>USS-POSCO INDUSTRIES, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-00553-JST<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 44 |

The Court has received the parties' responses to the Order to Show Cause. ECF Nos. 45 & 46. The Court will not issue sanctions, and hereby VACATES the hearing set for July 25, 2013. The Court hereby SETS a case management conference for Tuesday, August 6, 2013, at 2:00 p.m., at Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. If the parties have filed a motion for preliminary approval or equivalent settlement documents with the Court at least ten court days before the conference, no case management statement is necessary. Otherwise, the statement is due ten court days before the conference.

**IT IS SO ORDERED**.

Dated: July 19, 2013

_____
JON S. TIGAR
United States District Judge