TODD M. SCHNEIDER (SBN 158253)
CAROLYN H. COTTRELL (SBN 166977)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

SCOTT A. BROWN (SBN 177099)
BROWN | POORE LLP
1350 Treat Boulevard, Suite 400
Walnut Creek, California 94597
Telephone: (925) 943-1166
Facsimile: (925) 943-1164

Attorneys for Plaintiff and the Putative Class

SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202)
fortman@seyfarth.com
Cassandra H. Carroll (SBN 209123)
ccarroll@seyfarth.com
Emily E. Barker (SBN 275166)
ebarker@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
USS-POSCO INDUSTRIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL CORDY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>USS-POSCO INDUSTRIES, UNITED STATES STEEL CORPORATION, POSCO – CALIFORNIA CORPORATION, PITCAL, INC., and DOES 1 to 50<br><br>Defendants. | Case No.:   3:12-cv-00553-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>CLASS ACTION |

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEADLINE TO FILE MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
*Cordy, et al. v. USS-POSCO Industries, et al.*, Case No. 3:12-cv-00553-JST

16196940v.1

**STIPULATION**

Plaintiff Carl Cordy ("Plaintiff") and Defendant USS-POSCO INDUSTRIES ("Defendant" OR "UPI") (collectively "the Parties") hereby respectfully submit this stipulation and proposed order requesting a brief extension of the deadline to file the Motion for Preliminary Approval of Class Action Settlement and supporting documents.

WHEREAS, the Parties negotiated a settlement following mediation, and negotiated and executed a settlement agreement on June 14, 2013;

WHEREAS, Plaintiff submitted a Motion for Preliminary Approval of Settlement and supporting documents on July 23, 2013 (Doc. No. 48);

WHEREAS, on July 31, 2013, this Court issued an order requesting that the Parties address and/or cure several issues relating to the settlement as addressed in its Order Denying Preliminary Approval of Class Action Settlement (Doc. No. 52);

WHEREAS, this Court stated in its Order that Plaintiff may file another Motion for Preliminary Approval of Class Action settlement by September 30, 2013 (Doc. No. 52).

WHEREAS, the Parties have been diligently negotiating additional and new settlement terms and details with respect to the settlement reached in this matter.  The additional and new settlement terms address and/or are in response to this Court's Order requesting that these issues be addressed and/or cured.  The Parties have reached agreement regarding the new terms and believe that they appropriately address the issues highlighted in the Court's Order;

WHEREAS, one of the new terms negotiated and agreed to by the parties involves a revised allocation of settlement proceeds and several distribution formulas, tailored specifically to each of Plaintiff's claims.  The new proposed distribution formulas require the gathering of significant data and information by Defendant UPI accounting and/or payroll department.  Such information is necessary to ensure that the new allocation and proposed distribution are fair and equitable;

WHEREAS, the parties just learned that the individual at UPI responsible for obtaining and organizing the necessary data is unavailable and is unable to obtain and gather the necessary data by September 30, 2013;

WHEREAS the Parties request a brief extension of the deadline to file the preliminary approval papers to allow them time to obtain the data, ensure its accuracy and present it to this Court with the preliminary approval papers;

WHEREAS, the Parties stipulate and request that the deadline to file preliminary approval paper be extended to FROM September 30, 2013 to October 8, 2013.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 25, 2013                s/s *Carolyn H. Cottrell*_____
                                         Carolyn H. Cottrell
                                         SCHNEIDER WALLACE
                                         COTTRELL KONECKY LLP
                                         Attorneys for Plaintiff CARL CORDY
                                         and the Putative Class

DATED: September 25, 2013                s/s *Scott A. Brown*_____
                                         Scott A. Brown
                                         BROWN | POORE LLP
                                         Attorneys for Plaintiff CARL CORDY
                                         and the Putative Class

DATED: September 25, 2013                s/s *Cassandra H. Carroll*_____
                                         Francis J. Ortman, III
                                         Cassandra H. Carroll
                                         SEYFARTH SHAW LLP
                                         Attorneys for Defendant USS-POSCO INDUSTRIES

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 25, 2013      
                                         Hon. Jon S. Tigar
                                         United States District Judge



APPROVED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA