UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CORDY,<br><br>    Plaintiff,<br><br>    v.<br><br>USS-POSCO INDUSTRIES, et al.,<br><br>    Defendants. | Case No. 12-cv-00553-JST<br><br>**ORDER VACATING MOTION HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 58 |

Before the Court is Plaintiff's Amended Motion for Preliminary Approval of Class Action Settlement. ECF No. 58. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for November 21, 2013, as well as the case management conference set for that date, are hereby VACATED.

**IT IS SO ORDERED**.

Dated: November 14, 2013

_____
JON S. TIGAR
United States District Judge