TODD M. SCHNEIDER (SBN 158253)
CAROLYN H. COTTRELL (SBN 166977)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

SCOTT A. BROWN (SBN 177099)
BROWN | POORE LLP
1350 Treat Boulevard, Suite 400
Walnut Creek, California 94597
Telephone: (925) 943-1166
Facsimile: (925) 943-1164

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL CORDY, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> USS-POSCO INDUSTRIES, UNITED STATES STEEL CORPORATION, POSCO – CALIFORNIA CORPORATION, PITCAL, INC., and DOES 1 to 50 <br><br> Defendants. | Case No.:   3:12-cv-00553-JST <br><br> **[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION AMENDING THE AMOUNT OF THE NET SETTLEMENT FUND CITED IN PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> CLASS ACTION <br><br> Re: Doc. No. 75 |

1    The Court, having considered the Parties' Stipulation Amending the Amount of the Net

2  Settlement Fund Cited in Plaintiff's Amended Motion for Preliminary Approval of Class Action

3  Settlement [Doc. No. 75], and finding good cause:

4    IT IS HEREBY ORDERED that the amended net settlement amount of $2,112,424 to be
                                    preliminarily approved.
5  distributed to members of the settlement classes is ~~approved~~. The allocation of the net settlement

6  amount is as follows: Unpaid Time Subclass: $673,166.50; Continual Presence Subclass:

7  $171,374.50; Waiting Time Penalty Subclass: $160,441.50; and the Itemized Wage Statement

8  Subclass: $1,107,441.50.

9  **IT IS SO ORDERED.**

10

11  Dated: February __25__, 2014

IT IS SO ORDERED
AS MODIFIED

Judge Jon S. Tigar

1

[~~PROPOSED~~] ORDER GRANTING THE PARTIES' STIPULATION
AMENDING THE AMOUNT OF THE NET SETTLEMENT FUND
*Cordy, et al. v. USS-POSCO Industries, et al.*, Case No. 3:12-cv-00553-JST