SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202) fortman@seyfarth.com
Cassandra H. Carroll (SBN 209123) ccarroll@seyfarth.com
Emily E. Barker (SBN 275166) ebarker@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
USS-POSCO INDUSTRIES

SCHNEIDER WALLACE COTTRELL KONECKY LLP
Carolyn H. Cottrell (SBN 166977) ccottrell@schneiderwallace.com
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105

BROWN | POORE LLP
Scott A. Brown (SBN 177099) sbrown@bplegalgroup.com
1350 Treat Boulevard, Suite 400
Walnut Creek, CA 94597
Telephone:  (925) 943-1166
Facsimile:  (925) 943-1164

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CORDY, on his own behalf individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, UNITED STATES STEEL CORPORATION, POSCO-CALIFORNIA CORPORATION, PITCAL, INC. and DOES 1-50,<br><br>    Defendants. | Case No. CV 12 00553 JST<br><br>**STIPULATION TO AMEND ORDER APPROVING CLASS SETTLEMENT DUE TO CLERICAL ERROR; [PROPOSED] ORDER THEREON** |

Plaintiff Carl Cordy, Settlement Subclass Representative Donald Jones, and the Settlement Subclasses ("Plaintiffs") and Defendant USS-POSCO Industries ("Defendant"), by and through their attorneys, hereby stipulate pursuant to Local Rule 7-12 as follows:

WHEREAS on January 8, 2014, the Honorable Jon S. Tigar entered an Order Granting Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Subclasses, Approval of Notice of Settlement, and Seeking Hearing for Final Approval; Granting Stipulation Regarding Appointment of Class Representative for Itemized Wage Statement Penalty Subclass ("Order") (ECF No. 71), which provided, among other things, that: (1) a class for this matter would be divided into four (4) subclasses, including an Itemized Wage Subclass, a Waiting Time Penalty Subclass, a Continual Presence Subclass, and an Unpaid Time Worked Subclass with recovery tailored to provide relief to class members based on individual class members' circumstances, (2) that settlement award checks that remain un-cashed after 180 days will be distributed to a *cy pres* recipient, the Legal Aid Society-Employment Law Center; and (3) the parties could designate a $125,000 Hold-Back Fund to settle Class Members' disputed and/or late claims, if any, with any remaining portion of that Hold-Back fund not distributed within 120 days to be used by Defendant to pay a portion of its payroll taxes on the Settlement Awards.

WHEREAS on April 28, 2014, Judge Tigar entered an Order Approving Class Settlement whereby he finally approved the settlement, including the aforementioned provisions.

WHEREAS on May 21, 2014, the class settlement award checks based were mailed in accordance with the approved allocation of the net settlement amount, as follows: Unpaid Time Subclass: $699,416.50; Continual Presence Subclass: $197,624.50; Waiting Time Penalty Subclass: $186,691.50; and the Itemized Wage Statement Subclass: $1,133,691.50.

WHEREAS, after the settlement award checks were distributed, the parties learned that certain class members that worked under Job Code 6066-03 – CSA Lead Operator disputed their awards, claiming they were eligible for additional settlement funds due to their participation in the Continual Presence Subclass.

1   WHEREAS, Defendant's counsel investigated the disputes of these class members, and subsequently discovered that ten (10) class members who had worked under Job Code 6066-03 – CSA Lead Operator had been inadvertently omitted from the Continual Presence Subclass list, and therefore did not receive their full settlement award.

WHEREAS, the Claims Administrator calculated that the ten (10) CSA Lead Operators are due a collective amount of $18,483.02, including payroll taxes, representing the settlement funds owed for their participation in the Continual Presence Subclass.

WHEREAS, the parties met and conferred extensively regarding the most efficient and fair means to address the clerical error in order to ensure that the ten (10) CSA Lead Operators class members promptly receive their full settlement award, and agreed to the following:

1. The Hold-Back fund shall be accessed now to withdraw the $18,483.02 necessary to fund additional settlement award checks due to the ten (10) CSA Lead Operators.

2. In the event that any settlement award checks remain un-cashed after 180 days, it shall be distributed as follows: (a) any amount up to $18,483.02 shall be used to replenish the monies removed from the Hold-Back fund to cover the CSA Lead Operator Continual Presence Subclass distribution; and (b) any additional amount over $18,483.02 will be distributed to *cy pres* recipient, the Legal Aid Society-Employment Law Center.

NOW, THEREFORE, Plaintiffs and Defendant hereby stipulate and jointly request that the Court amend its Order due to this clerical error.

**IT IS SO STIPULATED.**

DATED: July 1, 2014                            SEYFARTH SHAW LLP


By    */s/ Cassandra H. Carroll*
        Francis J. Ortman III
        Cassandra H. Carroll
        Emily E. Barker
Attorneys for Defendant
USS-POSCO INDUSTRIES

DATED: July 1, 2014              SCHNEIDER WALLACE COTTRELL
                                 KONECKY LLP


                                 By   */s/ Carolyn H. Cottrell*
                                      Carolyn H. Cottrell
                                      Attorneys for Plaintiff
                                 CARL CORDY


DATED: July 1, 2014              BROWN | POORE LLP


                                 By   */s/ Scott A. Brown*
                                      Scott A. Brown
                                      Attorneys for Plaintiff
                                 CARL CORDY

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


Date: July 2, 2014               _____
                                 HONORABLE JON S. TIGAR
                                 UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Jon S. Tigar

## CONSENT TO ELECTRONIC FILING

Pursuant to General Order 45, paragraph X.B., I hereby attest that Carolyn H. Cottrell and Scott A. Brown, registered ECF users whose user IDs and passwords will not be utilized in the filing of the Stipulation to Amend Order Approving Class Settlement Due to Clerical Error; [Proposed] Order Thereon, concurred in the filing.

DATED: July 1, 2014                    SEYFARTH SHAW LLP


By ___*/s/ Cassandra H. Carroll*___
      Francis J. Ortman III
      Cassandra H. Carroll
      Emily E. Barker
Attorneys for Defendant
USS-POSCO INDUSTRIES

5
STIPULATION TO AMEND ORDER APPROVING CLASS SETTLEMENT DUE TO CLERICAL ERROR; PROPOSED ORDER THEREON / CASE NO. CV 12 00553 JST

17539697v.1